UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

JORGE YU,
individually and on behalf of all
others similarly situated,

Case No: 17-cv-324

Plaintiff,

v.

Millwood, Inc.

Defendant.

## NOTICE OF FILING CONSENT TO JOIN LAWSUIT

PLEASE BE ON NOTICE that, pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached consent form for the following person(s):

Josue Rodriguez.

Dated this 6th day of September, 2017.

Respectfully submitted,

*s/ Larry A. Johnson*
Larry A. Johnson
SBN 1056619
Summer Murshid
SBN 1075404
Timothy P. Maynard
SBN 1080953
Attorneys for the Plaintiffs

**Hawks Quindel, S.C.**
222 East Erie Street
Suite 210
P.O. Box 442

Milwaukee, WI 53201-0442  
(414) 271-8650 (office)  
(414) 271-8442 (facsimile)  
ljohnson@hq-law.com  
    smurshid@hq-law.com  
    tmaynard@hq-law.com