# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JORGE YU,

    **Plaintiff,**

  v.

                                                    Case No. 17-CV-324

MILLWOOD, INC.,

    **Defendant.**

## ORDER

Based on the notice of settlement between the parties and anticipating a thirty-day period for putative class members to exclude themselves from the Rule 23 Wisconsin Class Settlement:

The Parties have until **March 2, 2018** to file their Joint Motion for preliminary approval of collective and class action settlement; all other deadlines are stayed; and a Fairness Hearing is scheduled for **Monday, May 14, 2018** at 9:00 A.M in Courtroom 253.

**SO ORDERED**

Dated at Milwaukee, Wisconsin this 22nd day of January, 2018.

                                          BY THE COURT

                                          *s/ Nancy Joseph*
                                          NANCY JOSEPH
                                          United States Magistrate Judge