# United States District Court

EASTERN DISTRICT OF WISCONSIN

JORGE YU,

        Plaintiff,

v.

MILLWOOD, INC,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 17-CV-324

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED**:

1. In accordance with Fed. R. Civ. P. 23, the Class in this matter is defined as:

   a. All hourly, non-exempt persons, who were employed by Millwood, Inc. at its Cudahy, Wisconsin location between March 6, 2015 and November 17, 2017 whose names appear on the attached Exhibit A.

2. Class Representative Jorge Yu shall receive $10,000.00 as an incentive payment.

3. Class Counsel shall receive $82,639.91 as reasonable attorneys' fees and costs and expenses.

4. Any unused portion of the $10,000.00 contingency and ongoing cost fund shall be reallocated to the Wisconsin Settlement Fund on a pro-rata basis.

5. The sum of $137,360.09 shall be allocated among two separate funds. The Wisconsin Settlement Fund shall receive $63,680.05 and the FLSA Settlement Fund shall receive $73,380.05.

6. This settlement is fair, reasonable, and adequate.

                        Approved:   *s/ Nancy Joseph*
                                                   NANCY JOSEPH
                                                     United States Magistrate Judge

Dated: May 18, 2018

                                                   STEPHEN C. DRIES
                                                   Clerk of Court

                                                 *s/ Becky Ray*
                                                 (By) Deputy Clerk