UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JORGE YU,

    **Plaintiff,**

    v.

MILLWOOD, INC.

    **Defendant.**

Case No. 17-CV-324

# AMENDED ORDER

Before me are the parties' settlement agreement (Docket # 36-1), and Plaintiffs' Counsel's Motion for Attorney's Fees. (Docket # 55-59.) After reviewing the agreement, the motion, and conducting a fairness hearing, **IT IS HEREBY ORDERED**:

    1.    The Court's May 14, 2018 Final Order Approving Settlement and granting Motion for Attorney's Fees (Docket # 62) is **VACATED**.

    2.    The Wisconsin law Settlement Class ("Rule 23 Class") consisting of all individuals on the Parties' revised settlement allocation (Docket # 64-1) that have not timely excluded themselves from the settlement is **CERTIFIED** pursuant to Fed. R. Civ. P. 23;

    3.    The FLSA Collective Class ("Collective Class") consisting of all individuals that have filed a consent to join their FLSA claims in this matter as reflected on the Parties' revised settlement allocation (Docket # 64-1) is **CERTIFIED** pursuant to 29 U.S.C. §216(b);

    4.    The Settlement Agreement (Docket # 36-1) is **APPROVED** as fair, reasonable, and adequate as it applies to the Collective Class and the Rule 23 Class;

5. Named Plaintiff Yu is **APPOINTED** as Class Representative for the Settlement Classes;

6. Hawks Quindel, S.C. is **APPOINTED** as Class Counsel for the Settlement Classes;

7. The Settlement Agreement is **DECLARED** to be binding on Millwood, Inc., Yu, the Collective Class, as well as all of the Rule 23 Class members who have not been timely excluded;

8. The Rule 23 Class members' released Wisconsin claims are **DISMISSED WITH PREJUDICE**;

9. The Wisconsin law claims of the Rule 23 Class Members who have properly and timely excluded themselves in full accordance with the procedures set forth in the Settlement Agreement are **DISMISSED WITHOUT PREJUDICE**;

10. The Collective Class Members' released FLSA claims are **DISMISSED WITH PREJUDICE**; and

11. Class Counsel's request for an award of attorneys' fees in the amount of 1/3 of the settlement fund for a total of $80,000.00 and costs in the amount of $2,639.91 for a total of $82,639.91 is **APPROVED** as reasonable and consistent with the market rate in similar cases.

Dated at Milwaukee, Wisconsin this 18th day of May, 2018.

BY THE COURT:
*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge