# United States District Court

### EASTERN DISTRICT OF WISCONSIN

JORGE YU,

        Plaintiff,

**AMENDED
JUDGMENT IN A CIVIL CASE**

   v.

Case No. 17-CV-324

MILLWOOD, INC,

        Defendant.

---

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.**  This action came on for consideration and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED**:

1. In accordance with Fed. R. Civ. P. 23, the Class in this matter is defined as:

   a. All hourly, non-exempt persons, who were employed by Millwood, Inc. at its Cudahy, Wisconsin location between March 6, 2015 and November 17, 2017 whose names appear on the attached revised Exhibit A.

2. Class Representative Jorge Yu shall receive $10,000.00 as an incentive payment.

3. Class Counsel shall receive $82,639.91 as reasonable attorneys' fees and costs and expenses.

4. The sum of $138,001.00 shall be allocated among two separate funds.  The Wisconsin Settlement Fund shall receive $73,680.05 and the FLSA Settlement Fund shall receive $64,320.95.

5. This settlement is fair, reasonable, and adequate.

Approved:    *s/ Nancy Joseph*
_____

NANCY JOSEPH

United States Magistrate Judge

Dated: May 18, 2018

STEPHEN C. DRIES

Clerk of Court

*s/ Becky Ray* _____

(By) Deputy Clerk